## OVER *v.* MOSS.

LANDLORD AND TENANT.—*Practice.*—*New Trial as of Right.*—A tenant holding over against his landlord or his grantee is not entitled to a new trial, as a matter of right, in an action commenced before a justice of the peace and on appeal decided in the circuit court in favor of the landlord's possession.

APPEAL from the Green Circuit Court.

DOWNEY, J.—The only question in this case is, whether the defendant, in an action by a landlord or his grantee against his tenant holding over, commenced before a justice of the peace, appealed to the circuit court, and judgment

rendered there against the defendant, can have a new trial, as a matter of right, according to section 601, p. 283. 2 G. & H.

We are of the opinion that the section referred to does not apply to such cases, and that consequently a new trial, as of right, cannot be had.

The judgment is affirmed, with costs.

*J. D. Alexander*, for appellant.

*J. M. Hanna*, for appellee.